U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 19 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MICHAEL T. HILL                         CIVIL ACTION NO. 04-2156

versus                                  JUDGE WALTER

LARRY C. DEAN, ET AL                    MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion for Summary Judgment (Doc. 32) is granted** and Plaintiff's complaint and this civil action are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___19___ day of ___November___, 2007.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE